UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x Case No 14-43636-CEC

RE: PIERRE RAOUL

                DEBTOR
----------------------------------------------------------------x

## AFFIDAVIT OF DEBTOR IN LIUE OF PAYMENT ADVICES

The Debtor Pierre Raoul respectfully submit the following in support of the aforesaid.

1. I am the debtor in this Chapter 13 case.

2. I am self employed.

3. I do not have any pay stubs.

4. Bankruptcy Code section 521(a)(1)(B)(iv) states that debtors provide written verification of their current income by filing "copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor."

5. I run a liquor store and get cash from my business. I get around $8000 in rental income and cash profit of $3500 a month after paying expenses.

Wherefore accept my affidavit as a compliance with requirement of filing advices.

Dated: September 3rd, 2014

Subscribed before
me this day
of Sept 3 2014

                                                                Pierre Raoul, debtor

RAHAMVIR DAHIYA
Notary Public, State of New York
No. 02DA6056365
Qualified in New York County
Commission Expires Sept. 22, 2015

Notary