UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X  Case No. 14-43636-CEC
IN RE:

      **PIERRE RAOUL**

          Debtor            Chapter 13

------------------------------------------------------------X

## CHAPTER 13 PLAN OF PIERRE RAOUL

1. The Debtor propose to fund this plan by sale of the following building:

    1217 Flatbush Avenue Brooklyn New York 11226 ("Building")

2. The sale of the Building shall realize enough proceeds to pay off the lien holder (US Bank) in full, as adjudicated in claim processing, and as well as other unsecured creditors of the estate where the debtor has defaulted.

3. This is 100% Plan.

4. Prior to the consummation of the Sale of the Building, the debtor shall make a payment of $500 to the trustee until the confirmation of the plan.

5. The trustee shall be paid statutory commission on the payments made to the creditors other than ones made to US Bank.

6. Full payment in cash payment of all claims entitled to priority under 11 U.S.C. section 507.

7. Holders of the allowed secured claims shall retain respective liens securing such claims on real properties held by the debtor.

Dated: August 14, 2014

                                                        Pierre Raoul, Debtor