UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                             Chapter 13
      Pierre Raoul,                                     Case No. 14-43636-CEC

                Debtor.
-------------------------------------------------------x

## ORDER TO SHOW CAUSE

WHEREAS, Pierre Raoul (the "debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on July 16, 2014; and

WHEREAS, the debtor's counsel is Mr. Karamvir Dahiya; and

WHEREAS, the debtor's filing was deficient in that it did not include various information required pursuant to Section 521(a)(1) (the "Section 521(a)(1) Information"); and

WHEREAS, notices of the deficient filing were sent to the debtor and debtor's counsel on July 19, 2014 and August 20, 2014; and

WHEREAS, a case "shall be automatically dismissed" pursuant to Section 521(i)(1) if the Section 521(a)(1) Information is not filed within 45 days of the filing of the petition, unless the debtor, within 45 days of filing the petition, requests an extension of time to file such information pursuant to Section 521(i)(3); and

WHEREAS, the Section 521(a)(1) Information was due to be filed by September 2, 2014; and

WHEREAS, the debtor did not request an extension of time to file the Section 521(a)(1) Information; and

NOW, THEREFORE, it is

ORDERED, that the debtor's attorney, Mr. Karamvir Dahiya, show cause before the Honorable Carla E. Craig, United States Bankruptcy Judge at 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on October 7, 2014 at 11:00 a.m. why the Court should not impose sanctions him for his failure to adequately represent the debtor and why the Court should not order the return of fees paid in connection with this case pursuant to Fed. R. Bankr. P. 2017.



**Dated: Brooklyn, New York**
       **September 5, 2014**

                             **Carla E. Craig**
               **United States Bankruptcy Judge**